IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY BETHEA,
      Plaintiff

v.                                        CIVIL NO. 14-1546

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,
      Defendant

**ORDER**

AND NOW, this 21st day of August, 2015, upon consideration of Plaintiff's Statement of Issues in Support of Request for Review (Doc. No. 9), Defendant's Response in Opposition (Doc. No. 10), Plaintiff's Reply (Doc. No. 11), both parties' proposed findings of fact (Doc. Nos. 14 and 15), the administrative record, and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, dated July 30, 2015, **IT IS ORDERED** that:

1.     The Report and Recommendation of United States Magistrate Judge Richard A. Lloret, dated July 30, 2015, is **APPROVED** and **ADOPTED**;

2.     Plaintiff's Request for Review is **GRANTED** to the extent she seeks remand to the Commissioner of Social Security, and is **DENIED** in all other respects; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, dated July 30, 2015.

BY THE COURT:

_____
HON. R. BARCLAY SURRICK
U.S. District Court Judge

*Taped 8/21/15*
*R. Savoy*
*M. Hutchinson*
*A. Lynch*
*M. Littman*